IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC KEITH PENNINGTON,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:12-cv-00447 |
| v. | )<br>) | **FINAL ORDER** |
| NORTHWESTERN REGIONAL<br>ADULT DETENTION CENTER,<br>    Defendant. | )<br>)<br>)<br>) | <br>By: Norman K. Moon<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Pennington is **GRANTED** leave to proceed *in forma pauperis*, this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Clerk is **DIRECTED** to strike this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 29th day of October, 2012.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE